## LEANDRO v. STATE OF NORTH CAROLINA

No. 179PA96

Case below: 122 N.C.App. 1

Alternative notice of appeal by defendants retained 12 June 1996. Alternative petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 12 June 1996. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 12 June 1996. Petition by plaintiff intervenors (Ingram, et al) for discretionary review pursuant to G.S. 7A-31 allowed 12 June 1996.

## McKOY v. STATE FARM MUT. AUTO. INS. CO.

No. 89A96

Case below: 121 N.C. App. 626

Motion by defendant (State Farm) to dismiss appeal dismissed 30 May 1996. Motion by plaintiff (McKoy) to withdraw notice of appeal allowed 30 May 1996.

## MILTLAND RALEIGH-DURHAM v. MUDIE

No. 208P96

Case below: 122 N.C. App. 168

Notice of appeal by defendant (substantial constitutional question) dismissed ex mero motu 12 June 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.

## MONK v. COWAN TRANSPORTATION, INC.

No. 120PA96

Case below: 121 N.C. App. 588

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 12 June 1996.

## MOORE v. STERN

No. 228P96

Case below: 122 N.C. App. 270

Petition by defendants (Fowler and Fowler) for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.